# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **ALFRED L. FRAZIER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case Number 3:09-cv-242 |
| | ) | Jordan/Shirley |
| | ) | |
| **VITRAN EXPRESS, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ORDER DISMISSING PLAINTIFF'S CLAIM
## UNDER THE TENNESSEE HUMAN RIGHTS ACT

Come the parties, Plaintiff, Alfred L. Frazier, and Defendant, Vitran Express, Inc., by and through counsel, and represent to the Court that they are in agreement that Plaintiff's claim under the Tennessee Human Rights Act is time-barred and that, therefore, Defendant's Partial Motion to Dismiss should be granted. The parties further represent to the Court that they are in agreement that Defendant shall have up to and including September 15, 2009 to file its Answer to Plaintiff's Complaint. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that Defendant's Partial Motion to Dismiss [doc. 8] is granted and that Plaintiff's claim under the Tennessee Human Rights Act, Count III of the Complaint, is dismissed with prejudice. It is further ORDERED, ADJUDGED and DECREED that Defendant shall have up to and including September 15, 2009 to file its Answer to Plaintiff's Complaint.

ENTER:

s/ Leon Jordan
United States District Judge

1

APPROVED FOR ENTRY:

s/Keith L. Edmiston w/permission by s/Timothy B. McConnell
Keith L. Edmiston, BPR# 018366
THE RITCHIE LAW FIRM, PC
BankEast Building, Ste. 1100
607 Market Street
Knoxville, TN  37902
(865)524-5353
(865)974-9615 (facsimile)
kedmiston@ritlaw.com

*Attorney for Plaintiff,*
*Alfred L. Frazier*

s/Timothy B. McConnell
Timothy B. McConnell, BPR # 019136
L. Eric Ebbert, BPR# 017958
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone:  (865) 549-7000
Fax:  (865) 525-8569
*tmcconnell@bakerdonelson.com*
*eebbert@bakerdonelson.com*

W. Scott Hardy (*admitted pro hac vice*)
Philip K. Kontul (*admitted pro hac vice*)
COHEN & GRIGSBY, PC
625 Liberty Avenue
Pittsburgh, PA  15222-3152
(412)297-4652
*shardy@cohenlaw.com*
*pkontul@cohenlaw.com*

*Attorneys for Defendant,*
*Vitran Express, Inc.*